UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD BELL, et al., | 3:10-cv-00444-RCJ-RAM |
| Plaintiffs, | **ORDER** |
| v. | |
| RECONTRUST COMPANY, N.A., *et al.*, | |
| Defendants. | |

Before the Court are Objections to Portions of the Magistrate Judge's Order Setting Scheduling Order and Unopposed Request for Expedited Consideration (#27) filed by Defendants on November 9, 2010. The Court having reviewed the Objections and good cause appearing IT IS HEREBY ORDERED that the Objections (#27) are granted and the scheduling order is vacated.

IT IS FURTHER ORDERED that the Magistrate Judge shall establish a new scheduling order in line with the objections raised by Defendants.

IT IS SO ORDERED.

DATED: this 29th of December, 2010.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE