## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD BELL, *et al.*, ) | 3:10-cv-00444-RCJ-WGC |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | January 24, 2012 |
| RECONTRUST COMPANY, N.A., *et.al.*, ) | |
| Defendants. ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:     JENNIFER COTTER      REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   In view of the court's January 6, 2012, Order on parties' Stipulation for Extension of Time (Doc. #61), the court vacates its Minute Orders of January 9, 2012 (Doc. #62) and January 12, 2012 (Doc. #63). The status conference set for February 6, 2012, is cancelled. The unopposed Motion to Clarify Schedule for Response to Amended Complaint (Doc. #64) and Motion to Expedite (Doc. #65) are therefore denied as moot.

**IT IS SO ORDERED.**

                                                            LANCE S. WILSON, CLERK


                                                            By:      /s/
                                                                  Deputy Clerk