UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| RICHARD BELL, et al, ) | |
| ) | |
| Plaintiff(s), ) | 3:10-cv-0444-RCJ-WGC |
| ) | |
| vs. ) | |
| ) | ORDER OF DISMISSAL WITHOUT |
| MORTGAGE INVESTOR'S GROUP, ) | PREJUDICE PURSUANT TO RULE 4(m) |
| et al., ) | FEDERAL RULES OF CIVIL |
| ) | PROCEDURES |
| Defendant(s). ) | |

Plaintiff having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to FRCP 4(m),

IT IS ORDERED, ADJUDGED, AND DECREED that the above-entitled action be, and hereby is dismissed without prejudice as to: Mortgage Investor's Group and Diablo Funding Group.

DATED this 20th day of June, 2012.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE